IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAWRENCE MALAR,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **DELAWARE COUNTY,** and | : | |
| **WALTER R. OMLOR, JR.** | : | **No. 08-960** |
| Defendants. | : | |

**O R D E R**

AND NOW, this   23RD   day of October, 2009, upon consideration of the Motion for Summary Judgment filed by Defendants Delaware County, and Walter R. Omlor, Jr., (Doc. No. 16), and the Response of Plaintiff Lawrence Malar, (Doc. No. 23), it is HEREBY ORDERED that the Motion is GRANTED.

JUDGMENT IS ENTERED in favor of Defendants and against Plaintiff. This case is CLOSED.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI,
UNITED STATES MAGISTRATE JUDGE